Matthew Simunds, Esq.
The SIMUNDS LAW GROUP, PLLC
3100 W. Ray Road
Suite 201
Chandler, Arizona 85226
SBN 23464
matthew.simunds@simundslaw.com
Tel: 602-374-4522

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MORGAN PETERSON, <br><br> Plaintiff, <br><br> v. <br><br> STATMAN, HARRIS & EYRICH, LLC, <br><br> Defendants. | No: <br><br> **COMPLAINT** |

COMES NOW, the Plaintiff, Morgan Peterson, by and through counsel undersigned, for her claims against the Defendant, Statman, Harris & Eyrich, LLC, pleads as follows:

### JURISDICTION

1. This Court has jurisdiction over this action under 15 U.S.C. § 1692k(d) the Fair Debt Collection Practices Act ("FDCPA") and U.S.C. §§ 1331, 1337.

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the occurrences giving rise to this action occurred in Phoenix, Arizona.

### THE PARTIES

3. Plaintiff, Morgan Peterson, is a resident of the State of Arizona and had obtained credit for the purchase of a vehicle through Jeff Wyler Ft. Thomas Inc. ("Creditor") located in Ft. Thomas, Kentucky.

4. The loan was subsequently assigned to GE Credit, with whom she later obtained a credit card as well.

5. In July of 2016, Plaintiff filed bankruptcy.

6. Plaintiff was discharged from bankruptcy in November of 2016.

7. Subsequent to the discharge, Plaintiff continued to make payment on the auto loan, but

ceased paying on the credit card.

8. Creditor, upon information and belief, retained the services of Defendant, Statman, Harris & Eyrich, LLC to pursue collection of the unpaid credit card balance.

9. Defendant, Statman, Harris & Eyrich, LLC is an Ohio law firm who was attempting to collect the debt in Phoenix, Arizona.

10. Defendant Statman, Harris & Eyrich, LLC hired Randy Davis, a private investigator, to further their collection attempts.

## GENERAL ALLEGATIONS

11. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692(a)(3).

12. The Plaintiff obtained the credit card loan subsequent to the auto loan being assigned by Creditor to GE Credit.

13. Plaintiff was contacted by Defendant, on behalf of GE Credit, on or about April 11, 2017 regarding the alleged debt.

14. Defendant is a "debt collector" as that term is defined by the FDCPA.

15. Plaintiff retained counsel on April 11, 2017.

16. Plaintiff's counsel notified Defendant on April 11, 2017, both verbally and in writing, that Plaintiff had retained counsel and requested that all further communications be directed to counsel.

17. Defendant directed Randy Davis, a private investigator, to attempt to pursue collection of the alleged debt from Plaintiff.

18. Subsequently, despite being on notice of Plaintiff's retention of counsel, Defendant's agent contacted Plaintiff on her cell phone on the following dates (See EXHIBIT A):
    a. April 13, 2017 at 11:51 am.
    b. April 18, 2017 at 10:33 am.

## FIRST CLAIM FOR RELIEF
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff incorporates their allegations in Paragraphs 1-18 as if fully set forth herein.

20. Defendant is a law firm whose business includes debt collection for various clients, including GE Credit and is therefore a debt collector as that is defined by the FDCPA.

21. Plaintiff is a consumer as defined by the FDCPA.
22. Defendant is engaging in unfair and deceptive collection practices in violation of the FDCPA.
23. Defendant, by and through their agent, Randy Davis, intentionally violated 15 U.S.C. 1692c(a)(2) when it contacted Plaintiff on April 13 and 18, subsequent to being notified in writing of Plaintiff's retention of counsel.
24. Plaintiff has suffered economic loss, emotional distress, and statutory damages as a result of Defendant's violations of FDCPA.

WHEREFORE, Plaintiff demands judgment against Defendant, Statman, Harris & Eyrich, LLC, for actual damages as defined by FDCPA 15 U.S.C. § 1692k(a)(1); statutory damages of $1000 pursuant to FDCPA 15 U.S.C. § 1692k(a)(2)(A); costs of litigation and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and such other relief as this Court in its discretion may deem appropriate.

Dated this 13th day of June, 2017

BY: *Matthew Simunds*
MATTHEW SIMUNDS, ASB#023464
THE SIMUNDS LAW GROUP, PLLC
3100 W. Ray Road, Suite 201
Chandler, Arizona 85226
(602) 374-4522
*Attorneys for Plaintiff*