Matthew G. Simunds, Esq. SBN 023464
**THE SIMUNDS LAW GROUP, PLLC**
3100 W. Ray Road
Suite 201-77
Chandler, Arizona 85226
Telephone: (602) 374-4522
Matthew.Simunds@thesimundslawgroup.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MORGAN PETERSON,<br><br>                        Plaintiff,<br><br>v.<br><br>STATMAN, HARRIS & EYRICH, LLC,<br><br>                        Defendants. | Case No. 2:17-cv-01841-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CASE**<br><br>(Hon. Steven P. Logan) |

    Plaintiff, by and through counsel undersigned, respectfully provides this Court Notice of Voluntary Dismissal of this case without prejudice.

    Plaintiff is dealing with family health issues which preclude prosecution of the matter at this time. No responsive pleadings have been filed and there is no prejudice to any party.

    DATED: September 20, 2017.

                                                       By: /s/ Matthew Simunds ASB 023464

                                                       Matthew G. Simunds, ASB 023464
                                                       THE SIMUNDS LAW GROUP, PLLC
                                                       3100 W. Ray Road
                                                       Suite 201
                                                       Chandler, Arizona 85226
                                                       Attorney for Plaintiff

ORIGINAL filed electronically
this 20th day of September, 2017

By: /s/ Matthew Simunds

- 1 -